UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S-08-524 LKK |
| v. | ) | |
| | ) | |
| THEODORE SCOTT SCHERR, | ) | |
| aka Theodore Scott Scheer | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum            () Ad Testificandum

Name of Detainee: THEODORE SCOTT SCHERR, aka Theodore Scott Scheer
Detained at (custodian): DEUEL VOCATIONAL INSTITUTION

Detainee is:    a.)    (X) charged in this district by: (X) Indictment () Information () Complaint
                              charging detainee with: FELON IN POSSESSION OF A FIREARM
    or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
    or    b.)    () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:    /s/ William S. Wong
Printed Name & Phone No:    WILLIAM S. WONG - (916) 554-2790
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum        () Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: September 16, 2009

                                              /s/ Gregory G. Hollows
                                              _____
scherr.wrt                                          United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Theodore Scott Scheer | Male  Female |
| Booking or CDC #: | H36666 | DOB: |
| Facility Address: | 23500 Kasson Road | Race: |
| | Tracy, CA 95376 | FBI #: |
| Facility Phone: | (209) 835-4141 | |
| Currently Incarcerated For: | _____ | |

## RETURN OF SERVICE

Executed on _____ By: _____
                                                                                              (Signature)