```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
THEODORE SCHERR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-00524 LKK |
| Plaintiff, | |
| v. | **ORDER AFTER HEARING** |
| THEODORE SCHERR, | |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

A status conference was held October 6, 2009. The Court scheduled a further status conference for October 20, 2009, at 9:15 a.m., and ordered time excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A) and (B)(iv)) through that date, to afford time to review discovery.

IT IS SO ORDERED.

Dated:  October 14, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT