DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THEODORE SCHERR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-CR-00524 LKK |
| Plaintiff, | ) |
| | ) **ORDER AFTER HEARING** |
| v. | ) |
| THEODORE SCHERR, | ) |
| Defendants. | ) Judge: Hon. Lawrence K. Karlton |

A status conference was held October 20, 2009. The Court scheduled trial for March 2, 2010, and a trial confirmation hearing for February 9, 2010, at 9:15 a.m. At the request of the parties, the Court ordered time excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A) and (B)(iv)) through the trial date to afford time to review discovery investigate the facts of the case, and perform legal research.

IT IS SO ORDERED.

Dated: October 30, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT