DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THEODORE SCHERR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-00524 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **VACATING T.C.H. AND TRIAL AND** |
|  | ) **SCHEDULING STATUS CONFERENCE** |
| THEODORE SCHERR, | ) |
| Defendants. | ) Date:  February 9, 2010 |
|  | ) Time:  9:15 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Theodore Scherr, and plaintiff, United States of America, through their attorneys, that the dated presently schedule for trial confirmation hearing and trial (February 9 and March 2, 2010) may be vacated and a status conference scheduled for February 23, 2010, at 9:15 a.m.

   The parties have agreed to resolve the case in a plea agreement and therefore to vacate the trial date. Time is needed to put the proposed agreement in writing and to review the final agreement with Mr. Scherr, who is housed in Oroville, California. Accordingly, the parties agree

1  that time under the Speedy Trial Act should be excluded through the
2  status conference scheduled for February 23, 2010, pursuant to 18 U.S.C.
3  § 3161(h)(7)(a) and (b)(IV).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   February 3, 2010               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for THEODORE SCHERR


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:   February 3, 2010               /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney


**O R D E R**

The trial confirmation hearing and trial dates are vacated and a status conference is scheduled for February 23, 2010, at 9:15 a.m. Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(a) and (b)(iv) for the reasons stated above.

IT IS SO ORDERED.


Dated:   February 5, 2010

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip. & Order                           -2-