```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
THEODORE SCHERR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-CR-00524 LKK |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) |
| THEODORE SCHERR, | ) |
| | ) Date:   February 23, 2010 |
| Defendants. | ) Time:   9:15 a.m. |
| | ) Judge:  Hon. Lawrence K. Karlton |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between defendant, Theodore Scherr, and plaintiff, United States of America, through their attorneys, that the status conference scheduled for February 23, 2010, may be continued one week to March 2, 2010, at 9:15 a.m.

The parties have reached a plea agreement but the final agreement cannot be ready until after February 23 because Mr. Scherr is housed in Oroville and defense counsel must travel there to review the final agreement with him. Accordingly, the parties agree that time under the

1  Speedy Trial Act should be excluded through the status conference
2  scheduled for March 2, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(a) and
3  (b)(IV).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   February 18, 2010              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for THEODORE SCHERR


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:   February 18, 2010              /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is rescheduled for March 2, 2010, at 9:15 a.m. Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(a) and (b)(iv) for the reasons stated above.

IT IS SO ORDERED.

Dated:   February 22, 2010

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip. & Order                    -2-